UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOILA MARGARITA ANDRADE ALVARADO,<br><br>             Petitioner,<br><br>v.<br><br>CHRISTOPHER CHESTNUT, et al.,<br><br>             Respondents. | No. 1:26-cv-05230-DJC-CSK<br><br><br>ORDER |

Petitioner Zoila Margarita Andrade Alvarado is presently in the custody of United States Immigration and Customs Enforcement ("ICE").  Petitioner has filed a Petition for Writ of Habeas Corpus.  (ECF No. 1.)  Presently before the Court is Petitioner's Motion for Temporary Restraining Order.  (ECF No. 2.)  Petitioner has also filed a new Motion for Temporary Restraining Order which the Court shall address. (ECF No. 7.)

Having read and reviewed Petitioner's Motions (ECF Nos. 2, 7) and Respondents' Opposition (ECF No. 6.), the Court finds that Petitioner has not presently established a likelihood of success on the merits such that the Court can grant preliminary injunctive relief.  *See Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008).  Petitioner has not identified a legal basis for the Court to order the

1

relief requested.  Notably, Petitioner received a bond hearing before an Immigration Judge where release was denied based on a finding of danger.  Petitioner does not challenge that detention decision here.  While the Court is sympathetic to the challenges Petitioner's present detention causes in obtaining the requisite medical examination, Petitioner has not presently established that she has any legal entitlement to release or transport to receive that examination, and thus cannot establish a likelihood of success on the merits.  This similarly extends to Petitioner's new request that the Court issue an order staying Petitioner's transfer.  Given the Court cannot presently find that Petitioner has a likelihood on the underlying request, this Motion must also be denied.

Accordingly, IT IS HEREBY ORDERED that Petitioner's Motions for Temporary Restraining Order (ECF Nos. 2, 7) are DENIED.  This matter is referred to the assigned Magistrate Judge for all further proceedings.

IT IS SO ORDERED.

Dated:   **July 15, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE